UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JEAN GABRIEL,

        Plaintiff,

   v.

ANDREW SAUL,
COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**REVISED SCHEDULING ORDER**

19 Civ. 08475 (RWL)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2020

    IT IS HEREBY ORDERED that:

1)    Defendant shall serve upon Plaintiff the Commissioner's response to Plaintiff's motion for judgment on the pleadings, and any cross-motion, by June 29, 2020.

2)    Plaintiff shall serve upon Defendant any reply by July 20, 2020.

Dated: New York, New York
       May 21, 2020

SO ORDERED:

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE