**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JEAN M. GABRIEL,

                Plaintiff,                      19 **CIVIL** 8475 (RWL)

       -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated March 16, 2021, for the reasons as set forth in the Court's decision and order rendered during the hearing held on March 16, 2021, Plaintiff's motion for judgment on the pleadings is DENIED, and the Commissioner's motion for judgment on the pleadings is GRANTED. The; accordingly, this case is closed.

**Dated:**  New York, New York
           March 17, 2021

                                                       **RUBY J. KRAJICK**
                                                       **Clerk of Court**
                               **BY:**
                                                        **Deputy Clerk**